McLaughlin, appellant, and Van Keuren, respondent.

This case is reported in chancery, *ante, p.* 187.   Opinion by Van Syckle, J., reversing decree of the Chancellor, on the ground that the assignee was not made a party to the bill.   Record remitted, that necessary party might be added.

---

Thomson's Executors, appellants, and Norris and others, respondents.

This case is reported in chancery, *ante, p.* 307.   Opinion by Beasley, C. J., affirming decree of the Chancellor.   It was held, first, that the power given to Mrs. Thomson by the will, to give and devise a certain portion of the estate among such " benevolent, religious, or charitable institutions," as she might think proper, was invalid; secondly, that Mrs. Thomson could not legally release and surrender her power of appointment over that portion of the estate set apart for raising her income; but, thirdly, that, in this case, the act of the legislature in confirmation of the agreement, should prevail.

---

Morris and Essex Railroad Company, appellants, and The Attorney General ex rel. Stickle, respondent.

Same appellants, and Prudden, respondent.

This case is reported in chancery, *ante, p.* 386.   Opinion by Depue, J., reversing decree of the Chancellor.